

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL No. 4:18-CR-<br>*(Under Seal)* |
| JOSHUA LOUIS LITTLE,<br>a.k.a. PAUL STEPHEN SMITH,<br>Defendant. | § § § | |

**18 CR 433**

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### Count One

On or about June 18, 2018 in the Houston Division of the Southern District of Texas, the defendant, **JOSHUA LOUIS LITTLE, a.k.a. PAUL STEPHEN SMITH** willfully and by means of setting fire to papers on carpet did injure and attempt to injure and did commit a depredation against property of the United States and of any department or agency thereof in the United States Courthouse, 515 Rusk street, Houston, Texas, which had been manufactured and constructed for the United States, and any department or agency thereof in the United States Courthouse, 515 Rusk street, Houston, Texas, specifically carpeting, and the resulting damage was in excess of one thousand ($1000.00) dollars.

In violation of Title 18, United States Code, § 1361.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY
BY: _____
Joe Porto-Assistant United States Attorney